**Louie F. GOMES, Plaintiff—Appellant,**

v.

**UNITED STATES; et al., Defendants— Appellees.**

No. 06–16458.

United States Court of Appeals,
Ninth Circuit.

Submitted May 16, 2007 *.

Filed May 25, 2007.

Louie F. Gomes, Fallon, NV, pro se.

Robert W. Metzler, Esq., Sara Ann Ketchum, Esq., U.S. Department of Justice, Tax Division/Appellate Section, Adam F. Hulbig, Esq., United States Department of Justice, Ben Franklin Station, Washington, DC, for Defendants–Appellees.

Before: PREGERSON, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Louie F. Gomes appeals pro se from the district court's order dismissing for lack of subject matter jurisdiction his action against the Internal Revenue Service and various entities and individuals seeking an injunction and a refund of taxes collected. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Hughes v. United States,* 953 F.2d 531, 535 (9th Cir.

1992). We affirm for the reasons cited by the district court.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.